# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barksdale, Rhesa H. | U. S. Court of Appeals Fifth Circuit | 08/27/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Circuit Judge (Senior) | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br><br>**5b.** ✔ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

501 E. Court St.
Suite 3.800
Jackson, MS 39201

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Rhesa H. | 08/27/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Rhesa H. | 08/27/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. UBS | Credit Line | L |
| 2. UBS | Credit Line | M |
| 3. First Commercial Bank | Loan | L |
| 4. Capital One | Credit Card | J |
| 5. Bank of America | Credit Card | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Rhesa H. | 08/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Pecan Lane Apts. Ltd. (see section VIII) | A | Distribution | J | R | | | | | |
| 2. | Amer. Fds. Growth Fd. of Amer. Mut. Fund Cl A | D | Dividend | L | T | | | | | |
| 3. | Amer. Fds Inc. Fund of America Cl A | A | Dividend | J | T | | | | | |
| 4. | IRA: Amer. Fds Growth Fund of Amer. Mut. Fd. Cl A | C | Dividend | K | T | | | | | |
| 5. | Amer. Fds Balanced Fund Cl A | D | Dividend | M | T | | | | | |
| 6. | Amer. Fds Capital Inc. Builder Fund Cl A | D | Dividend | M | T | Sold (part) | 01/31/19 | K | D | |
| 7. | | | | | | Sold (part) | 02/22/19 | J | A | |
| 8. | | | | | | Sold (part) | 03/19/19 | J | A | |
| 9. | | | | | | Sold (part) | 04/17/19 | J | B | |
| 10. | Amer. Fds Inc. Fund of America Cl A | D | Dividend | M | T | | | | | |
| 11. | First Commercial Bank Cmn Stk | D | Dividend | M | T | | | | | |
| 12. | Amer. Fds Capital World Gwth & Inc. Fd Cl A | D | Dividend | M | T | | | | | |
| 13. | Brighthouse Financial (see section VIII) | | None | | | Redeemed | 05/17/19 | M | E | |
| 14. | -BH Asset Allocation 100 Portfolio | | None | | | | | | | |
| 15. | -MetLife Stock Index | | None | | | | | | | |
| 16. | -MFS Total Return | | None | | | | | | | |
| 17. | -Fidelity VIP Eq Inc. | | None | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Rhesa H. | 08/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | -BR Cap. App. | | None | | | | | | | |
| 19. | -L/S Small Cap | | None | | | | | | | |
| 20. | MassMutual Flexible Variable Life Ins. (see section VIII) | | | | | | | | | |
| 21. | -MML Equity | | None | K | T | | | | | |
| 22. | -Invesco Oppenheimer V.I. Global (see section VIII) | | None | K | T | | | | | |
| 23. | -Fidelity VIP Contrafund | | None | K | T | | | | | |
| 24. | -T.Rowe Price Equity Income | | None | K | T | | | | | |
| 25. | -American Funds Growth Income | | None | K | T | | | | | |
| 26. | RHB IRA: Amer. Fds. Balanced Fund Cl A (see section VIII) | C | Dividend | M | T | | | | | |
| 27. | IRA: Amer. Fds. AMCAP Fd. Cl A | B | Dividend | K | T | | | | | |
| 28. | RHB IRA: Amer. Fds. AMCAP Fd. Cl A | D | Dividend | M | T | | | | | |
| 29. | RHB IRA: Amer. Fds. Cap. Inc. Builder Fd. Cl A | B | Dividend | K | T | Sold (part) | 01/31/19 | J | | |
| 30. | IRA: Amer. Fds. Cap. Inc. Builder Fd. Cl A | A | Dividend | J | T | | | | | |
| 31. | IRA: Amer. Fds. Balanced Fund Cl A | A | Dividend | K | T | | | | | |
| 32. | RHB IRA: Amer. Funds Fund. Invstrs Fd. Cl A | C | Dividend | L | T | | | | | |
| 33. | UBS DIV RULER | A | Dividend | M | T | Buy | 05/30/19 | L | | |
| 34. | UBS Q-GARP | A | Dividend | M | T | Buy | 05/30/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Continuation of Section VII:

Line 1:  Purchased in 1984; $13,980

Lines 13-19:  The listed items at lines 14-19 constituted the underlying assets for the insurance policy listed at line 14.  Accordingly, those assets were included in the transaction listed at line 14, part D., including subparts (1)-(4), such as the date of the transaction.  For the amount redeemed and concomitant gain, shown at line 13, the related information provided by the insurer did not include individual data, such as the amount and gain, for the underlying items listed at lines 14-19

Line 20:  The values provided in lines 21-25 are from the most recent "Policy Annual Report", as of 21 December 2019

Line 22:  Effective 28 May 2019, Oppenheimer Global merged into Invesco Oppenheimer V.I. Global

Line 26:  "RHB IRA" - Rhesa H. Barksdale IRA with UBS Financial Services; Jackson, Mississippi

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Rhesa H. | 08/27/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Rhesa H. Barksdale**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544